**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DOUGLAS PIERRE,**

    **Plaintiff,**

**vs.**                                                            **CASE NO. 1:05CV113-MMP/AK**

**STEVE OELRICH, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

In an order dated July 12, 2005, Plaintiff was directed to file a computer printout of his inmate account and a complete motion for leave to proceed in forma pauperis or pay the full filing fee on or before August 26, 2005. (Doc. 4). This Order was returned as undeliverable (doc. 5), and the Clerk's Office contacted the Alachua County Jail and obtained a forwarding address to which the order was re-mailed. (Doc. 6). When no response was forthcoming, an Order to Show Cause was entered on September 29, 2005, requesting a written response on or before October 21, 2005. (Doc. 7). This Order was not returned, but no response was made.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 10th day of November, 2005.


        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK